# Proposed Report of Distribution

### Case: 07-50178   HATCHER, BOBBY LOUIS

FILED
2010 JAN -6 PM 1: 15

US BANK...
NORTH...
AKR...

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $4,284.34 | Total Proposed Payment: | $4,284.34 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | KATHRYN A. BELFANCE, TRUSTEE | Admin Ch. 7 | 91.21 | 91.21 | 0.00 | 91.21 | 91.21 | 4,193.13 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| | KATHRYN A. BELFANCE, TRUSTEE | Admin Ch. 7 | 1,071.09 | 1,071.09 | 0.00 | 1,071.09 | 1,071.09 | 3,122.04 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| | UNITED STATES BANKRUPTCY COURT | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 | 2,872.04 |
| | <2700-00  Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | Claim Memo:   ADV CASE NO. 09-5148 | | | | | | | |

| SUBTOTAL FOR  ADMIN CH. 7 | | | 1,412.30 | 1,412.30 | 0.00 | 1,412.30 | 1,412.30 | |

| 6 | INTERNAL REVENUE SERVICE | Priority | 929.00 | 929.00 | 0.00 | 929.00 | 929.00 | 1,943.04 |
| | Claim Memo:   REVIEWED CLAIM - NOT SCHEDULED | | | | | | | |

| SUBTOTAL FOR  PRIORITY | | | 929.00 | 929.00 | 0.00 | 929.00 | 929.00 | |

| 3 | Time Warner Cable | Unsecured | 171.78 | 171.78 | 0.00 | 171.78 | 4.65 | 1,938.39 |
| | Claim Memo:   REVIEWED CLAIM | | | | | | | |
| 4 | Akron General Medical Center | Unsecured | 65.84 | 65.84 | 0.00 | 65.84 | 1.78 | 1,936.61 |
| | Claim Memo:   REVIEWED CLAIM | | | | | | | |
| 5 | CFS-Suntech Servicing LLC | Unsecured | 71,619.40 | 71,619.40 | 0.00 | 71,619.40 | 1,936.61 | 0.00 |
| | Claim Memo:   REVIEWED CLAIM - SCHEDULED AS SUNTECH | | | | | | | |

| SUBTOTAL FOR  UNSECURED | | | 71,857.02 | 71,857.02 | 0.00 | 71,857.02 | 1,943.04 | |

| Total for Case 07-50178 : | | | $74,198.32 | $74,198.32 | $0.00 | $74,198.32 | $4,284.34 | |

$ 6.43

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $1,412.30 | $1,412.30 | $0.00 | $1,412.30 | 100.000000% |
| Total Priority Claims : | $929.00 | $929.00 | $0.00 | $929.00 | 100.000000% |
| Total Unsecured Claims : | $71,857.02 | $71,857.02 | $0.00 | $1,943.04 | 2.704036% |

ck # 105
receipt # 81182