# Proposed Report of Distribution
## Case: 07-50178   HATCHER, BOBBY LOUIS
Report Includes ONLY Claims with a Proposed Distribution

FILED
2010 FEB -8 PM 1:30
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Case Balance: | $929.00 | Total Proposed Payment: | $929.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 3 | Time Warner Cable | Unsecured | 171.78 | 171.78 | 4.65 | 167.13 | 2.22 | 926.78 |
|   | Claim Memo: REVIEWED CLAIM | | | | | | | |
| 4 | Akron General Medical Center | Unsecured | 65.84 | 65.84 | 1.78 | 64.06 | 0.85 | 925.93 |
|   | Claim Memo: REVIEWED CLAIM | | | | | | | |
| 5 | CFS-Suntech Servicing LLC | Unsecured | 71,619.40 | 71,619.40 | 1,936.61 | 69,682.79 | 925.93 | 0.00 |
|   | Claim Memo: REVIEWED CLAIM - SCHEDULED AS SUNTECH | | | | | | | |
| SUBTOTAL FOR UNSECURED | | | 71,857.02 | 71,857.02 | 1,943.04 | 69,913.98 | 929.00 | |
| Total for Case 07-50178: | | | $71,857.02 | $71,857.02 | $1,943.04 | $69,913.98 | $929.00 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Unsecured Claims: | $71,857.02 | $71,857.02 | $1,943.04 | $929.00 | 3.996882% |

$3.07
ck #107
receipt #81260